Receipt #C 62381

ORIGINAL

FILED
FEB 25 2005
U.S. COURT OF FEDERAL CLAIMS

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, )
PLAINTIFF, )
v. ) No. 05- 251C
THE UNITED STATES POSTAL SERVICE, )
DEFENDANT. )

## COMPLAINT

COMES NOW, Plaintiff, Hal D. Hicks, f/d/b/a Hal D. Hicks Mail Transportation ("Hicks"), by and through his undersigned counsel, and for his Complaint, states as follows:

### JURISDICTION AND VENUE

Jurisdiction and venue in this court is predicated upon 41 U.S.C. § 609(a)(1) in that jurisdiction and venue is based upon a decision made by a contracting officer for a Highway Mail Contract, which was between the United States Postal Service and Hicks. The subject contract (Contract 14024) was transferred and/or novated out of Hicks' name and into the name of Midwest Transport, Inc. wrongfully and without the named contractor's (Hicks) approval.

### BACKGROUND FACTS

1. Since the mid-1970s, Mr. Hicks has been a contractor with the United States Postal Service ("USPS"). More specifically, Mr. Hicks has contracted with the USPS through a d/b/a Hal D. Hicks Mail Transportation for over-the-road highway mail contracts.

2. In 1990, Hicks was the successful bidder on HCR 14024 ("Contract 14024").

3. The permanent mail contract 14024 was renewed every four years since that period of time with Hicks. The annual revenues on Contract 14024 are well in excess of $2,000,000.00. On February 24, 2004, the USPS effectively transferred and/or novated Contract 14024 from Hicks' name into Midwest Transport, Inc.'s name.

4. Hicks did not authorize or approve a transfer of Contract 14024.

5. Hicks did not authorize or approve a novation of Contract 14024.

**COUNT I-BREACH OF CONTRACT**

1. Plaintiff realleges paragraphs 1 through 5, as if they were fully alleged herein Count I.

2. The USPS continually renewed Contract 14024 with Hicks since 1990.

3. As the named contractor under Contract 14024, Hicks is entitled to all rights granted to the named contractor under the contract, and under the laws and rules underlying such contracts.

4. The USPS breached Contract 14024 with Hicks when it unilaterally transferred and/or novated the contract out of Hicks' name and into Midwest Transport, Inc.'s name without a proper novation agreement.

5. The USPS knew Hicks was the named contractor for Contract 14024, but wrongfully executed a contract service order on February 24, 2004 that effectively transferred and/or novated Contract 14024. See Contract Route Service Order attached hereto as Exhibit A.

6. Since Contract 14024 had been in existence since 1990, the contract enjoyed net profits well in excess of 10% of the gross revenues received per annum.

7. As a direct and proximate result of the USPS' breaches, Hicks has suffered damages in excess of $250,000.00.

8. The signature below certifies that this claim is brought in good faith, that the supporting data is accurate and complete to the best of Hicks' knowledge and belief, that the amount requested accurately reflects the damages caused by USPS' wrongful actions to the best of Hicks' ability. The certifier has been duly authorized to certify this claim on behalf of the contract or Hicks.

WHEREFORE, Hal D. Hicks, f/d/b/a Hal D. Hicks Mail Transportation, respectfully prays that this court enter judgment in his favor for breach of contract against United States Postal Service for all the damages incurred as a result of the United States Postal Service's breach of Highway Mail Contract 14024, which currently exceeds $250,000.00, and that this court order the United States Postal Service to reinstate Highway Mail Contract 14024 to Hicks or require further damages for future losses, and for any other relief this court deems just and proper.

THEIL LAW FIRM

By: ______________________

John F. Theil #109820
One City Centre, Suite 1500
St. Louis, Mo 63101
314-446-4278
314-241-7604 (fax)
Attorney for Plaintiff

Date: 2/23/04

**CERTIFICATION**

I hereby state that I have duly authorized John F. Theil, Esq. to execute and certify the foregoing Complaint against the United States Postal Service, on my behalf. My authorization allows Mr. Theil to execute the Complaint on my behalf, as well as allows him to "certify the claim" on my behalf. I hereby state his signature, on my behalf, certifies the claim in the foregoing Complaint has been brought in good faith, that the supporting data is accurate and complete to the best of my knowledge and belief, and that the amount requested accurately reflects the damages caused by the USPS's wrongful actions, to the best of my ability.

2-21-05
Date

Hal D Hicks
Hal D. Hicks

# Contract Route Service Order

HQ:TMS:tms

3. Payment Method: PER Annum

OLD: $1,797,072.13

NEW: $No Change

| 4. Contract No. | 5. Begin Contract Term | 6. End Contract Term | 7. Latest Change Date |
| --- | --- | --- | --- |
| 14024 | 7/1/2003 | 6/30/2007 | 12/04/2003 |

8. For Mail Service in or Between — City & State: Various — City & State: Various

9. Name: Hal D. Hicks Mail Transportation

10. Address (Street, City, State, Zip+4): PO Box 98, Sumner IL 62466-0098

11. This Space for Postal Data Use Only

Contractor / State / Annual Pay This AP

| 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | X78 | 80 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | | | | | |

COL 80 ($) Change

| 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | | | |

12. The following Order Is Hereby Issued

The Postal Service has approved a novation agreement, effective December 4, 2003, for this contract from Hal D Hicks Mail Transportation to Midwest Transport, Inc., dba Midwest Transport of Illinois, the new address is: PO Box 151, Mt. Carmel IL 62863-0151, the new EIN is: 71-0930845.

"THIS IS A TRUE COPY OF THE ORDER BEARING THIS CERTIFICATION."

SIGNED: [signature]

DATE: 2/24/04

13. Title of Contracting Officer: [signature] for Russell A. Sykes, Manager, Surface Transportation CMC

14. Address of Contracting Officer: USPS National Mail Transportation Purchasing, 475 L'Enfant Plaza SW, Washington, DC 20260-5210

| 16a. Date Ordered | b. Order No. | c. Route Order No. | d. Budget Account No. | e. Finance No. |
| --- | --- | --- | --- | --- |
| February 24, 2004 | 200-009-04 | 0 | No Change | No Change |

PS Form 7440, November 1990

EXHIBIT A

tabbies