ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED
FEB 2 5 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Hal D. Hicks, f/d/b/a Hal D. Hicks Mail Transportation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] John F. Theil

Firm Name: Theil Law Firm

05- 251C

Post Office Box:

Street Address: One City Centre, 15th Floor

City-State-Zip: St. Louis, MO 63101

Telephone & Facsimile Numbers: 314-446-4278; 314-241-7604 fax

E-mail address: JohnTheil@Charter.net

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: P S

See attached Sheet for three digit code.

Amount Claimed: $ To Be Determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003