IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-251C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Paul R. Wellons as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Paul R. Wellons
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530
Attention: Classification Unit

8th Floor, 1100 L Street NW

Dated: March 17, 2005

s/ PAUL R. WELLONS
Paul R. Wellons
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 307-0277
Fax: (202) 307-0972

CERTIFICATE OF FILING

I hereby certify that on March 18, 2005, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS