# In The United States Court of Federal Claims

No. 05-251C

(Filed: April 25, 2005)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 22, 2005, defendant filed an unopposed motion for an enlargement of time, within which to file its response to plaintiff's complaint. Defendant's motion is hereby **GRANTED**. On or before May 31, 2005, defendant shall file its response.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge