IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | No. 05-251C |
| THE UNITED STATES, | ) | |
| DEFENDANT. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW Plaintiff, Hal D. Hicks, by and through his undersigned counsel, and for his Motion for Enlargement of Time, states as follows:

1. On May 27, 2005, the United States filed a Motion to Dismiss in response to Hal D. Hicks' Complaint.

2. The undersigned counsel has been involved in extensive litigation since the service of the Motion to Dismiss.

3. Due to the undersigned's schedule, he has been unable to devote sufficient time to fully research and brief Mr. Hicks' Response to the Motion to Dismiss.

4. In order to file a fully articulate response to the Motion to Dismiss, Mr. Hicks respectfully requests a 21-day enlargement of time.

5. This is Mr. Hicks' first request for enlargement of time and said request is not made in an attempt to delay the proceedings but, rather, is made in good faith.

6. The undersigned counsel has contacted the United States' counsel, and their office does not object to the relief requested herein.

WHEREFORE, Hal D. Hicks respectfully requests this court grant him 21 days from June 27, 2005 (up and through July 18, 2005) to file his Response to the United States' Motion to Dismiss.

THEIL LAW FIRM

By:______/s/ John F. Theil____________
John F. Theil #109820
One City Centre, Suite 1500
St. Louis, Mo 63101
314-446-4278
314-241-7604 (fax)
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on _____ day of ______________, 2005, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Paul Reid Wellons, Trial Attorney
Peter D. Keisler, Asst. Attorney General
David M. Cohen, Director
Mark A. Melnick, Asst. Director
U. S. Department of Justice
Civil Division – Commercial Lit. Branch
1100 L. Street, NW
8th Floor
Washington, DC 20530
202-616-8253
202-307-0972 fax
p-wellons@yahoo.com

Attorneys for Defendant

______/s/ Jackie Smith____________