IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HAL D. HICKS f/d/b/a HAL D. HICKS MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES POSTAL SERVICE,

Defendant.

No. 05-251
(Judge F. Allegra)

STIPULATION OF DISMISSAL

Plaintiff, Hal D. Hicks, and defendant, the United States, through their undersigned counsel of record, hereby stipulate and agree, in accordance with Rule 41(a)(1) of the Rules of this Court, that the above-captioned case shall be dismissed without prejudice. Each party shall bear its own costs. Plaintiff respectfully requests that the Court waive the required filing fee should plaintiff re-file its claims after obtaining a final decision from the contracting officer.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ MARK A. MELNICK
MARK A. MELNICK
Assistant Director

s/ JOHN F. THEIL
JOHN F. THEIL
One City Centre
Suite 1500
St. Louis, Mo 63101

Tel: 314-446-4278
Fax: 314-241-7604

Attorney for Plaintiff

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

Attorneys for Defendant

July 18, 2005

CERTIFICATE OF FILING

I hereby certify that on July 18, 2005, a copy of the foregoing "STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS